IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFERY ROBERSON, on behalf of himself and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNLIMITED CARRIER, INC., AGLE EXPRESS, INC., TRANS QUALITY, INC., SVAJUNAS MASIULIONIS, individually, and ARNOLDAS BLINSTRUBAS, individually<br><br>Defendants. | No. 21-cv-00742<br><br>Judge John F. Kness |

**ORDER GRANTING PRELIMINARY SETTLEMENT APPROVAL**

Following the filing of Plaintiff's Assented-To Motion for Preliminary Approval of Class Action Settlement (the "Motion for Preliminary Approval"), the Court having considered all papers filed and proceedings that have occurred, and having reviewed the record in this case,

IT IS HEREBY ORDERED:

1. A Settlement Class is preliminarily certified under Fed. R. Civ. P. 23 for settlement purposes only. As certified, the Settlement Class is defined as follows:

> All persons who entered into an Owner Operator Agreement as an individual, a corporation, or LLC, with either Unlimited Carrier, Inc. and/or Trans Quality, Inc. and, under that Owner Operator Agreement, personally transported product offered by Unlimited Carrier, Inc. or Trans Quality, Inc. while leasing vehicles from AGLE Express, Inc. from February 9, 2011 to July 24, 2021.

2. Hillary Schwab and Rachel Smit of the law firm Fair Work, P.C. and Marc Siegel and Bradley Manewith of the law firm Siegel & Dolan Ltd. are hereby appointed as counsel for the Settlement Class, and Plaintiff Jeffery Roberson is hereby appointed as representative of the Settlement Class.

3. Optime Administration, LLC is hereby appointed as Settlement Administrator.

4. The Court finds on a preliminary basis that the settlement memorialized in the Class Action Settlement Agreement and Release of Claims ("Settlement"), attached to the Motion for Preliminary Approval as Exhibit 3, falls within the range of reasonableness and otherwise meets the requirements for preliminary approval.

5. The Court approves the content and proposed plan for distribution of the Notice of Settlement of Class Action Lawsuit ("Notice"), attached to the Motion for Preliminary Approval as Exhibit 2.

6. Each Settlement Class Member will have 60 days after the date on which the Notice is first issued to request exclusion from the settlement by submitting a written request to the settlement administrator.

7. Each Settlement Class Member who does not request exclusion from the settlement will have 60 days after the date on which the Notice is first issued to object to the settlement by submitting a written objection to the settlement administrator.

8. The Court will hold a Final Approval Hearing on November 29, 2022 at 10:00 a.m. to determine the overall fairness of the settlement and Plaintiff's request for an award of attorney fees and expenses for Class Counsel and a Service Award for Class Representative. Class Counsel shall submit a Motion for Final Approval on or before November 18, 2022 and shall provide a draft of such Motion to counsel for Defendants at least seven business days before that date.

SO ORDERED in No. 21-cv-00742.

Date: August 11, 2022

_____
JOHN F. KNESS
United States District Judge