**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Jeffery Roberson
                                          Plaintiff,

v.                                                                              Case No.: 1:21−cv−00742
                                                                              Honorable John F. Kness

Unlimited Carrier, Inc., et al.
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 29, 2022:

      MINUTE entry before the Honorable John F. Kness: Final approval hearing on Plaintiff's motion [49] for final settlement approval held on 11/29/2022.The Court grants the motion for the reasons stated in the accompanying Order Granting Final Settlement Approval, which is being entered separately and will serve as the final judgment order in this case. Civil case terminated. (ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.